IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| ROBERT LLOYD STRAITT, | ) | |
| | ) | |
| Plaintiff, | ) | No. C06-3036-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| SUSAN STRAITT, | ) | IN A CIVIL CASE |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        Plaintiff, Robert Lloyd Straitt, take nothing and this action is dismissed.

Dated: January 29, 2007          PRIDGEN J. WATKINS
                                            Clerk

                                        /s/ des
                                      (By) Deputy Clerk

A copy of this document has been mailed/faxed to all counsel of record, pro se parties and others listed and not shown as having been served electronically under the cm/ecf system:

/s/ des   1/29/07